# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| SCOTT REHBERG, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:12-cv-596 |
| FLOWERS FOODS, INC., ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS

Date: 09/11/2012

*Attorney's signature*

Ann Groninger, NC Bar No. 21676
*Printed name and bar number*

Copeley Johnson & Groninger PLLC
225 East Worthington Avenue
Charlotte, NC 28203

*Address*

ann@cjglawfirm.com
*E-mail address*

(704) 200-2009
*Telephone number*

(888) 412-0421
*FAX number*