IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV596-MOC-DSC

| | |
|---|---|
| SCOTT REHBERG, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| FLOWERS FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #3 and 4) filed September 12, 2012 requesting admission of attorneys Shawn J. Wanta and Bryce M. Miller to represent Plaintiffs. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: September 12, 2012

David S. Cayer
United States Magistrate Judge