IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SCOTT REHBERG, WILLARD ALLEN RILEY, and MARIO RONCHETTI, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>-v-<br><br>FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF JAMESTOWN, LLC,<br><br>Defendants. | Court File No. 3:12-cv-00596-MOC-DSC<br><br>**NOTICE OF CONSENT TO JOIN LAWSUIT** |

Undersigned counsel hereby submit this Notice of Consent to Join Lawsuit. The consent form is attached hereto as Exhibit 1.

Dated: October 9, 2012

BAILLON THOME JOZWIAK
MILLER AND WANTA LLP

s/ Shawn J. Wanta            .
Shawn J. Wanta
Bryce M. Miller
222 South Ninth Street
Suite 2955
Minneapolis, MN 55402
Telephone: (612) 252-3570
Facsimile: (612) 252-3571

COPELEY JOHNSON GRONINGER PLLC
Ann Groninger
225 East Worthington Avenue
Charlotte, NC 28203
Telephone: 704-200-2009
Facsimile: (888) 412-0421

*Attorneys for Named Plaintiffs*

1