UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| SCOTT REHBERG, WILLARD ALLEN RILEY, and MARIO RONCHETTI, individually and on behalf of all similarly situated individuals, Plaintiffs, | Court File No. 12-cv-00596-MOC-DSC |
|---|---|
| -v- | |
| FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF JAMESTOWN, LLC, Defendants. | CONSENT TO JOIN LAWSUIT |

I operated as a distributor for Flowers Baking Co. of Jamestown, LLC ("Flowers") for at least one day during the past three years. I consent to become an opt-in plaintiff in an action against Flowers under the Fair Labor Standards Act because I believe that Flowers misclassified me as an independent contractor instead of an employee and failed to pay me overtime compensation for all hours worked over 40 each week. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation including initiating new lawsuits on my behalf, and all other matters pertaining to this lawsuit. I choose to be represented by the named plaintiffs' counsel, Baillon Thome Jozwiak Miller & Wanta LLP, Copeley Johnson Groninger PLLC, and any other firms with which they may associate.

Dated: 9/25/12       Signature: Cliff W. Glavey

Full name (printed): Clifford W. Glavey

———————————Information below this line will not be made public———————————

I understand I may be required to participate in the lawsuit by providing information in the course of discovery. I understand that no attorneys' fees will be paid unless Plaintiffs recover money either through settlement or trial, and that any payment of attorneys' fees may require approval of the Court.

REDACTED

**Send this completed form for consideration to be represented by our firm to the following address:** Baillon Thome Jozwiak Miller & Wanta LLP, 222 South 9th Street, Suite 2955, Minneapolis, MN 55402, or fax it to (612) 252-3571. This Consent to Joint Lawsuit is not valid and effective until you have received a receipt from our office indicating that it has been filed. If you have not received a receipt within 2 weeks from your transmission of the form to us, you must call the firm at (612) 252-3570.