# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-cv-00596-MOC-DSC

**SCOTT REHBERG, et. al.,**

       **Plaintiffs,**

**v.**

**FLOWERS FOODS, INC., et. al.,**

       **Defendants.**

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [of A. Craig Cleland, Kevin P. Hishta and Margaret Santen]" (documents ##21-23) filed October 18, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

       **SO ORDERED**.                   Signed: October 18, 2012

_____
David S. Cayer
United States Magistrate Judge