IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SCOTT REHBERG, WILLARD ALLEN RILEY, and MARIO RONCHETTI, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>-v-<br><br>FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF JAMESTOWN, LLC,<br><br>Defendants. | Court File No. 12-cv-00596-MOC-DSC<br><br>**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE** |

NOW COME Plaintiffs SCOTT REHBERG, WILLARD ALLEN RILEY, and MARIO RONCHETTI ("Plaintiffs"), by and through their undersigned counsel, pursuant to 29 U.S.C. § 216(b), and move the Court as follows:

1. to conditionally certify, pursuant to 29 U.S.C. § 216(b), an "FLSA Class" defined as:

    all individuals who, through a contract with Defendants or otherwise, performed or perform as Distributors for Defendants under an agreement with Flowers Baking Co. of Jamestown and who were classified by Defendants as "independent contractors" (collectively "Covered Positions") anywhere in the United States[1] at any time from the date that is three years preceding the commencement of this action through the close of the Court-determined opt-in period and who file a consent to join this action pursuant to 29 U.S.C. § 216(b).

2. To order judicial notice to the classes. As part of this order, Plaintiffs move the

    Court to order a ninety-day period for responding to the Notice; to order the

---

[1] Plaintiffs believe that most, if not all, putative class members live and work in North Carolina and South Carolina.

Defendant to produce a list of putative class members including information necessary to send the notice; and to allow Plaintiffs to send reminder postcards regarding the deadlines to the persons designated to receive notices on or about the forty-fifth and seventy-fifth days of the ninety-day notice period.

As set forth more fully in the Memorandum of Law filed in support of this motion, Plaintiffs have met the requirements for certification of this matter as a collective action for purposes of the FLSA claims and have further shown the appropriateness of issuing judicial notice with respect to the collective and class action claims.

Dated: November 20, 2012              Respectfully submitted,

                                                                      s/ Shawn J. Wanta            .
BAILLON THOME JOZWIAK & WANTA LLP
Shawn J. Wanta, *pro hac vice*
222 South Ninth Street
Suite 2955
Minneapolis, MN 55402
Telephone: (612) 252-3570
Facsimile: (612) 252-3571

and

s/ Ann Groninger            .
COPELEY JOHNSON GRONINGER PLLC
Ann Groninger
225 East Worthington Avenue
Charlotte, NC 28203
Telephone: (704) 200-2009
Facsimile: (888) 412-0421

Attorneys for Named Plaintiffs

# CERTIFICATE OF SERVICE

I, hereby certify that I have this day electronically filed the foregoing **MOTION FOR CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following person:

Kevin P. Hishta
GABar No. 357410 (Admitted Pro Hac Vice)
A. Craig Cleland
GA Bar No. 129825
(Admitted Pro Hac Vice) Margaret Santen Hanrahan
GA Bar No. 578314 (Admitted Pro Hac Vice)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone: 404.881.1300
Facsimile: 404.870.1732
kevin.hishta@ogletreedeakins.com craig.cleland@ogletreedeakins.com
maggie.hanrahan@ogletreedeakins.com


Gregory P. McGuire, NC State Bar #14237
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
Email: gregory.mcguire@ogletreedeakins.com

Attorneys for Defendants


Dated this the 20th day of November, 2012.

/s/Ann E. Groninger
Ann E. Groninger
N.C. State Bar No: 21676