IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00596-MOC-DSC

| | |
|---|---|
| SCOTT REHBERG, et al., )<br>)<br>Plaintiffs, )<br>) | **ORDER** |
| v. )<br>) | |
| FLOWERS FOODS, INC., et al., )<br>) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Consent Motion to Stay Discovery and Other Deadlines for Sixty (60) Days" (document # 53) filed November 8, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: November 8, 2013

David S. Cayer
United States Magistrate Judge