# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00596-MOC-DSC

| | |
|---|---|
| **SCOTT REHBERG, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **FLOWERS FOODS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Consent Motion to Extend Stay of Discovery and Other Deadlines for Sixty (60) Additional Days" (document # 55) filed January 21, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>. The Court hereby orders that:

1. Discovery in this action, which by Order dated November 8, 2013 has been stayed for sixty (60) from its initial deadline of January 15, 2014, is now stayed for an additional sixty (60) days (or 120 days total) pending the parties' mediation of this case;

2. All other deadlines currently set in the Amended Pretrial Order and Case Management Plan and Discovery Deadlines are likewise stayed for an additional sixty (60) days (or 120 days total) pending the parties' mediation of this case;

3. The parties are directed to file with the Court, on or before February 25, 2014, a report providing an update on the status of their mediation efforts;

4. If the Parties are ultimately unable to resolve this matter through mediation, they are directed, within ten (10) days of the failed mediation, to jointly submit to the Court revised deadlines for the completion of discovery, class certification and decertification briefing, merits expert reports and depositions, and Rule 26(e) supplementation.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 22, 2014

David S. Cayer
United States Magistrate Judge