UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00596-MOC-DSC

| | | |
|---|---|---|
| **SCOTT REHBERG, et al.,** | ) | |
| Plaintiffs, | ) | |
| Vs. | ) | ORDER |
| **FLOWERS FOODS, INC., et al.,** | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motion for Summary Judgment on Claims of Plaintiff Michael A. Harris. On May 22, 2014, with the deadline for a response having already passed, the court sent Mr. Harris a <u>Roseboro</u> notice instructing him as to how to respond to a motion for summary judgment and allowing him additional time to so respond. After the expiration of such additional time, such plaintiff had not responded in any manner or requested any additional time.

Review of defendants' Motion for Summary Judgment indicates that they have shown that no genuine issue of fact remains for trial and that they are entitled to judgment on this plaintiff's claims as a matter of law. By not responding, this plaintiff has failed to come forward with any evidence indicating that trial or further proceedings on his claims are necessary. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Summary Judgment on Claims of Plaintiff Michael A. Harris (#71) is GRANTED, and Plaintiff Harris's claims are dismissed with prejudice.

Signed: June 5, 2014

Max O. Cogburn Jr.
United States District Judge