# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Scott Rehberg, et al., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12cv596 |
| | ) | |
| vs. | ) | |
| | ) | |
| Flowers Foods, Inc., et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2014 Order.

Signed: June 5, 2014

Frank G. Johns, Clerk
United States District Court