UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00596-MOC-DSC

| | |
|---|---|
| WILLARD ALLEN RILEY ) | |
| MARIO RONCHETTI ) | |
| SCOTT REHBERG, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | SHOW CAUSE ORDER |
| ) | |
| Vs. ) | |
| ) | |
| FLOWERS BAKING COMPANY OF ) | |
| JAMESTOWN, LLC ) | |
| FLOWERS FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on defendants' Motion for Order to Plaintiffs Burks, Lewis, McClain, Moucka, and Ring to Show Cause Why Their Claims Should Not Be Dismissed. In support, defendants have shown that such pro se plaintiffs have failed to answer or otherwise respond to discovery requests promulgated by defendants.

Such plaintiffs are advised that it is their obligation to answer, produce, and otherwise respond to defendants' discovery requests. Failure to respond can result in the imposition of sanctions, which could include dismissal of their claims with prejudice. Such plaintiffs will, therefore, be allowed 14 days within which to bring their discovery responses into compliance and show cause why they have failed to so respond. At the end of that period, if such plaintiffs have not fully complied with the discovery requests and shown cause why they failed to respond within the initial period allowed, the court will entertain an appropriate motion for the imposition of sanctions by defendant.

1

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Order to Plaintiffs Burks, Lewis, McClain, Moucka, and Ring to Show Cause Why Their Claims Should Not Be Dismissed (#78) is GRANTED, and Plaintiffs Burks, Lewis, McClain, Moucka, and Ring are allowed 14 days within which to fully comply with defendants' discovery request and show cause to this court why they did not respond to those discovery requests within the time allowed. Such plaintiffs are advised that failure to comply and Show Cause may result in the imposition of sanctions, which could include dismissal of their claims with prejudice.

Signed: June 9, 2014

Max O. Cogburn Jr.
United States District Judge