UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00596-MOC-DSC

| | | |
|---|---|---|
| SCOTT REHBERG, WILLARD ALLEN RILEY, and MARIO RONCHETTI, On Behalf of Themselves and Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| FLOWERS FOODS, INC., and FLOWERS BAKING COMPANY OF JAMESTOWN, LLC., | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Plaintiffs' Motion to Certify Class (#106) and Defendants' Motion to Decertify (#111). Review of the motions reveals that they are fully briefed and ready for hearing. The Clerk of Court will be instructed to calendar the motions for hearing during the next available Charlotte hearings day.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar Plaintiffs' Motion to Certify Class (#106) and Defendants' Motion to Decertify (#111) during the next available Charlotte civil motions day.

Signed: January 16, 2015

Max O. Cogburn Jr.
United States District Judge