FILED: May 21, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-161
(3:12-cv-00596-MOC-DSC)

_____

FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF JAMESTOWN, LLC

    Petitioners

v.

SCOTT REHBERG; MARIO RONCHETTI; WILLARD ALLEN RILEY

    Respondents

_____

O R D E R

_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Niemeyer with the concurrence of Chief Judge Traxler and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk