UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00596-MOC-DSC

| | | |
|---|---|---|
| **WILLARD ALLEN RILEY** | ) | |
| **MARIO RONCHETTI** | ) | |
| **SCOTT REHBERG,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **FLOWERS BAKING COMPANY OF** | ) | |
| **JAMESTOWN, LLC** | ) | |
| **FLOWERS FOODS, INC.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the joint Motion to Submit Proposed Class Notice. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Submit Proposed Class Notice (#143) is **GRANTED**, and the proposed Class Notice (#143-1) is Approved and Adopted by this court.

Signed: June 16, 2015



Max O. Cogburn Jr
United States District Judge

-1-