# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00596-MOC-DSC

| | |
|---|---|
| SCOTT REHBERG, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| FLOWERS FOODS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

Having reviewed the parties' "Consent Motion to Extend Briefing Deadlines for Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment and Notice that Plaintiffs' Rule 56(d) Motion is Moot" (Doc. 156), and for good cause shown, it is hereby ORDERED that the response deadlines for Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment are extended through and including July 20, 2015.

The Court further orders that Plaintiffs' Rule 56(d) Motion (Doc. 153) is DENIED AS MOOT.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: June 17, 2015

David S. Cayer
United States Magistrate Judge