IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SCOTT REHBERG, WILLARD ALLEN RILEY, and MARIO RONCHETTI, individually and behalf of all similarly situated individuals,<br><br>   Plaintiffs,<br> v.<br><br>FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF JAMESTOWN, LLC,<br><br>   Defendants. | Civil Action No. 3:12-cv-00596-MOC-DSC |

**ORDER**

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" [for Patricia A. Bloodgood]" (document #170). For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: August 24, 2015

David S. Cayer
United States Magistrate Judge