UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00596-MOC-DSC

| | | |
|---|---|---|
| **WILLARD ALLEN RILEY** | ) | |
| **MARIO RONCHETTI** | ) | |
| **SCOTT REHBERG,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **FLOWERS BAKING COMPANY OF** | ) | |
| **JAMESTOWN, LLC** | ) | |
| **FLOWERS FOODS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on review of the October 17, 2016, trial calendar. Such review reveals that three cases are on that calendar and ready for trial with two being jury trials. As there is not sufficient time to try two jury trials during that term, the court will continue this matter to the December 2016 term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is CONTINUED from the October 2016 term to the December 2016 term.

Signed: September 28, 2016



-1-