UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00596-MOC-DSC

| | | |
|---|---|---|
| **WILLARD ALLEN RILEY**<br>**MARIO RONCHETTI**<br>**SCOTT REHBERG,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| **FLOWERS BAKING COMPANY OF**<br>**JAMESTOWN, LLC**<br>**FLOWERS FOODS, INC.,** | ) ) ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on review of the December 19, 2016 trial calendar. Such review reveals that three cases are on that calendar and ready for trial, including at least two jury trials. As there is not sufficient time to try each trial during this term, the court will continue the matter to the February 21, 2017 calendar.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is **CONTINUED** from the December 19, 2016 term to the February 21, 2017 term.

Signed: December 5, 2016



Max O. Cogburn Jr.
United States District Judge