# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Willard Allen Riley | ) | JUDGMENT IN CASE |
| Mario Ronchetti | ) | |
| Scott Rehberg, | | |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00596-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Flowers Baking Company of | ) | |
| Jamestown, LLC | ) | |
| Flowers Foods, Inc., | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2017 Order.

June 30, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court